No. 5363.—Silva, aplda., *v.* Santiago, aplte.—C. D. San Juan. ▉ Julio 8, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)
Vista la moción que antecede, se desestima la apelación

interpuesta por el demandado contra la resolución dictada por la Corte de Distrito de San Juan con fecha 20 de mayo del 1930, por falta de una relación breve de hechos y de un señalamiento de errores por separado en el alegato del apelante, de acuerdo con las reglas 42 y 43, y la constante jurisprudencia de esta corte, y porque de los autos se desprende que dicha apelación es claramente frívola.